■ KAREN M. PHILLIPS, Respondent, v CLAUDE A. BROADWELL, SR., Appellant. (Appeal No. 2.)—Order unanimously reversed and application denied. Same memorandum as in *Phillips v Broadwell* (63 AD2d 840). (Appeal from order of Oswego Family Court—child support.) Present—Moule, J. P., Cardamone, Simons, Dillon and Denman, JJ.